U.S. Magistrate Judge Elayna J. Youchah

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WYATT JAMES CASPER,<br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 2:25-cv-01532-EJY<br><br>STIPULATED<br>MOTION FOR ATTORNEY FEES<br>UNDER 28 U.S.C. § 2412(d) |

The parties, through their respective counsel, hereby stipulate and agree that the position of the United States in this matter was not substantially justified, and as such, attorney fees in the amount of $2,868.90 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Such fees shall be subject to verification that Plaintiff has no debt which qualifies for offset, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check or electronic funds transfer for EAJA fees shall be made payable to Plaintiff's attorney,



Kerr Robichaux & Carroll
PO Box 14490
Portland, OR 97293
(503) 255-9092

Kevin Kerr, based upon Plaintiff's assignment of these amounts to him. *See* Exhibit 1 – Fee Agreement. If Plaintiff has a debt, then any remaining funds after offset shall be made payable to Plaintiff and sent via electronic funds transfer or by check mailed to Plaintiff's attorney.

DATED this 22nd day of October, 2026.

/s/ *Kevin Kerr*
Kevin Kerr
PO Box 14490
Portland, OR 97293
(503) 255-9092
Attorney for Plaintiff

/s/ *Jeff Staples*
Jeff Staples
Special Assistant US Attorney
Of Attorneys for Defendant
PER ELECTRONIC AUTHORIZATION

IT IS SO ORDERED:

HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2026